AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

GEORGE BRUMMITT,

V.

EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS LLC & GREENPOINT CREDIT LLC, a/d/b/a GREENPOINT CREDIT CORP.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv537-F

TO: (Name and address of Defendant)

Equifax Information Services, LLC
CSC Lawyers Incorporating Service Inc.
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES D. PATTERSON
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 6/8/05

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

GEORGE BRUMMITT,

V.

EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS LLC & GREENPOINT CREDIT LLC, a/d/b/a GREENPOINT CREDIT CORP.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv537-F

TO: (Name and address of Defendant)

Trans Union, LLC
Prentice- Hall Corporation System Inc
150 S. Perry St.
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES D. PATTERSON
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 6/8/05

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

GEORGE BRUMMITT,

V.

EQUIFAX INFORMATION
SERVICES LLC, TRANS UNION
LLC, EXPERIAN INFORMATION
SOLUTIONS LLC & GREENPOINT
CREDIT LLC, a/d/b/a GREENPOINT
CREDIT CORP.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv537-F

TO: (Name and address of Defendant)

Experian Information Solutions, Inc.
The Corporation Company
2000 Interstate Park Drive Ste 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES D. PATTERSON
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  6/8/05

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

GEORGE BRUMMITT,

V.

EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS LLC & GREENPOINT CREDIT LLC, a/d/b/a GREENPOINT CREDIT CORP.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv537-F

TO: (Name and address of Defendant)

GreenPoint Credit, LLC
Lexis Document Service Inc.
150 S Perry St.
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES D. PATTERSON
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE 6/8/05