| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _D Bruce_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Donitha Brown  C. Date of Delivery: 6/9/05 |
| 1. Article Addressed to:<br><br>Equifax Information Services LLC<br>c/o CSC Lawyers Incorporating Svc Inc<br>150 S Perry St<br>Montgomery AL 36104-4227<br><br>SdC  05-537 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[Postmark: JUN 9 2005 MONTGOMERY STATION 36104]<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0003 6669 8331 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  S. Slauson     ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): S Slauson     C. Date of Delivery: 06-09-05 |
| 1. Article Addressed to:<br><br>Experian Information Solutions Inc<br>c/o The Corporation Company<br>2000 Interstate Park Dr Ste 204<br>Montgomery AL 36109-5420<br><br>SA C 05-537 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0003 6669 8355 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _O. Bryan_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): _Dorothy_  C. Date of Delivery: _6/9/05_ |
| 1. Article Addressed to:<br><br>GreenPoint Credit LLC<br>Lexis Document Service Inc<br>150 S Perry St<br>Montgomery AL 36104-4227<br><br>SaC  05-537 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0003 6669 8348 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TransUnion LLC
c/o Prentice-Hall Corporation System
150 S Perry St
Montgomery AL 36104-4227

SaC 05-537

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): _[illegible]_    C. Date of Delivery: 6/9/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

[Postmark: Montgomery AL 36104, JUN 9 2005]

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0003 6669 8324

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540