IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GEORGE BRUMMITT,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC., TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, LLC, & GREENPOINT CREDIT, LLC, a/d/b/a GREENPOINT CREDIT CORP.,<br><br>      Defendants. | Case No.  2:05cv537-F |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel of record for Experian Information Solutions, Inc.,  ("Experian") hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  This certification is made to enable the Court to evaluate possible disqualification or recusal:

      1.      Parent Companies:  The parent company of Experian is GUS, PLC ("GUS").

      2.      Subsidiaries Not Wholly Owned:  Experian does not have any subsidiaries which fall into this category.

      3.      Publicly Held Companies:  GUS owns 100 percent of Experian.  GUS is publicly traded on the London Stock Exchange.

ATI-2172560v1

        Respectfully submitted,

        s/G. Lane Knight
        Robin Laurie (LAU006)
        G. Lane Knight (KNI028)
        BALCH & BINGHAM, LLP
        Post Office Box 78
        Montgomery, Alabama 36101-0078
        Tel: (334) 834-6500
        Fax: (334) 269-3115

        Counsel for Defendant
        EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 27th day of June, 2005:

| | |
|---|---|
| James D. Patterson | Jimmy S. Calton, Jr. |
| Law Offices of Earl | Calton & Calton |
| Underwood, Jr. | P.O. Box 895 |
| P.O. Box 969 | Eufaula, AL 36072-0895 |
| Fairhope, AL 36533 | |

        s/G. Lane Knight
        Of Counsel