## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

GEORGE BRUMMITT,

        Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES,
LLC., TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, LLC, &
GREENPOINT CREDIT, LLC, a/d/b/a
GREENPOINT CREDIT CORP.,

        Defendants.

Case No.  2:05cv537-F

## ANSWER AND AFFIRMATIVE DEFENSES

NOW COMES defendant Experian Information Solutions, Inc. ("Experian"), erroneously sued as "Experian Information Solutions, LLC" by its undersigned counsel, and in answer to the Complaint, states as follows:

1.      In response to paragraph 1 of the Complaint, Experian admits that Plaintiff has asserted claims for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* and claims under Alabama law.  Experian states that these are legal conclusions which are not subject to denial or admission.  Experian denies that Plaintiff is entitled to the relief sought or any relief whatsoever.

2.      In response to paragraph 2 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations.

ATI-2172418v1

3.          In response to paragraph 3 of the Complaint, Experian states that the allegations contained therein relate to another defendant.  Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

4.          In response to paragraph 4 of the Complaint, Experian states that the allegations contained therein relate to another defendant.  Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

5.          In response to paragraph 5 of the Complaint, Experian states that the allegations contained therein relate to another defendant.  Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

6.          In response to paragraph 6 of the Complaint, Experian states that the allegations contained therein relate to another defendant.  Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

7.          In response to paragraph 7 of the Complaint, Experian states that the allegations contained therein relate to another defendant.  Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

8.          In response to paragraph 8 of the Complaint, Experian admits that it is an Ohio corporation with its principal place of business in Costa Mesa, California.  Experian

further admits that it is qualified to do business and does conduct business in the State of Alabama. Except as specifically admitted, Experian denies any remaining allegations.

9.      In response to paragraph 9 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d),  Except as specifically admitted, Experian denies each and every remaining allegation contained in paragraph 14 of the Complaint.

10.     In response to paragraph 10 of the Complaint, Experian admits the allegations contained therein.

11.     In response to paragraph 11 of the Complaint, Experian states that the allegations contained therein relate to another defendant.  Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

12.     In response to paragraph 12 of the Complaint, Experian states that the allegations contained therein relate to another defendant.  Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

13.     In response to paragraph 13 of the Complaint, Experian states that the allegations contained therein relate to another defendant.  Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

14.     In response to paragraph 14 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on 28 U.S.C. § 1331.  Experian state that this is a legal conclusion which is not subject to denial or admission.  Experian denies, generally and

specifically, each and every remaining allegation contained in paragraph 14 of the

Complaint

15.       In response to paragraph 15 of the Complaint, Experian admits that Plaintiff has

alleged that venue is proper in the Middle District of Alabama.  Experian states that this

is a legal conclusion which is not subject to denial or admission.

16.       In response to paragraph 16 of the Complaint, Experian is without knowledge or

information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies each and every allegation contained therein.

17.       In response to paragraph 17 of the Complaint, Experian is without knowledge or

information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies each and every allegation contained therein.

18.       In response to paragraph 18 of the Complaint, Experian is without knowledge or

information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies each and every allegation contained therein.

19.       In response to paragraph 19 of the Complaint, Experian is without knowledge or

information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies each and every allegation contained therein.

20.       In response to paragraph 20 of the Complaint, Experian is without knowledge or

information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies each and every allegation contained therein.

21.       In response to paragraph 21 of the Complaint, Experian is without knowledge or

information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies each and every allegation contained therein.

22.        In response to paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

23.        In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

24.        In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

25.        In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

26.        In response to paragraph 26 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f)

27.        In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

28.        In response to paragraph 28 of the Complaint, Experian admits that it maintains contracts with smaller credit bureaus in certain geographic regions and that those credit bureaus have access to the credit information contained in Experian's database.  Except as specifically admitted, Experian denies any remaining allegations.

29.        In response to paragraph 29 of the Complaint, Experian admits that smaller credit bureaus with which Experian has contractual relationships have access to the credit

information contained in Experian's database. Experian further admits that its subscribers have access to view the credit information contained in Experian's database, as it relates to a particular consumer and in accordance with the Fair Credit Reporting Act. Except as specifically admitted, Experian denies the remaining allegations contained in paragraph 29.

30.    In response to paragraph 30 of the Complaint, Experian denies each and every allegation contained therein on the grounds that it does not understand the allegations as pled.

31.    In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

32.    In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

33.    In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

34.    In response to paragraph 34 of the Complaint, Experian denies each and every allegation contained therein that relates to Experian.

35.    In response to paragraph 35 of the Complaint, Experian denies each and every allegation contained therein that relates to Experian.

36.        In response to paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

37.        In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

38.        In response to paragraph 38 of the Complaint, Experian denies each and every allegation contained therein that relates to Experian.

39.        In response to paragraph 39 of the Complaint, Experian denies each and every allegation contained therein that relates to Experian.

40.        In response to paragraph 40 of the Complaint, Experian denies each and every allegation contained therein that relates to Experian.

41.        In response to paragraph 41 of the Complaint, Experian denies each and every allegation contained therein that relates to Experian.

42.        In response to paragraph 42 of the Complaint, Experian denies each and every allegation contained therein that relates to Experian.

43.        In response to paragraph 43 of the Complaint, Experian denies each and every allegation contained therein that relates to Experian.

44.        In response to paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

45.        In response to paragraph 45 of the Complaint, Experian states that the allegations contained therein relate to another defendant.  Experian does not have knowledge or

information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

46.         In response to paragraph 46 of the Complaint, Experian states that the allegations contained therein relate to another defendant.  Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

47.         In response to paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

48.         In response to paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

49.         In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

50.         In response to paragraph 50 of the Complaint, Experian denies the allegations contained therein that relate to Experian.

51.         In response to paragraph 51 of the Complaint, Experian denies the allegations contained therein that relate to Experian.

**COUNT I**
**Failure to comply with 15 U.S.C. § 1681s-2 of the**
**Fair Credit Reporting Act by Defendant GreenPoint**

52.         In response to paragraph 52 of the Complaint, Experian states that the allegations contained therein relate to another defendant.  Experian does not have knowledge or

information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

53.    In response to paragraph 53 of the Complaint, except as previously admitted, Experian denies any allegations re-alleged herein that relate to Experian.

54.    In response to paragraph 54 of the Complaint, Experian states that the allegations contained therein relate to another defendant. Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

55.    In response to paragraph 55 of the Complaint, Experian states that the allegations contained therein relate to another defendant. Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

56.    In response to paragraph 56 of the Complaint, Experian states that the allegations contained therein relate to another defendant. Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

57.    In response to paragraph 57 of the Complaint, Experian states that the allegations contained therein relate to another defendant. Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

58.    In response to paragraph 58 of the Complaint, Experian states that the allegations contained therein relate to another defendant. Experian does not have knowledge or

information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

59.         In response to paragraph 59 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

60.         In response to paragraph 60 of the Complaint, Experian states that the allegations contained therein relate to other defendants.  Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

61.         In response to paragraph 61 of the Complaint, Experian states that the allegations contained therein relate to other defendants.  Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

62.         In response to paragraph 62 of the Complaint, Experian states that the allegations contained therein relate to other defendants.  Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

63.         In response to paragraph 63 of the Complaint, Experian states that the allegations contained therein relate to other defendants.  Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

64.         In response to paragraph 64 of the Complaint, Experian states that the allegations contained therein relate to other defendants.  Experian does not have knowledge or

information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

65.     In response to paragraph 65 of the Complaint, Experian states that the allegations contained therein relate to other defendants.  Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies those allegations.

### COUNT II
### Failure to comply with 15 U.S.C. § 1681e(b) and 1681i(a) and 1681i(a)(5) of the Fair Credit Reporting Act and State Laws by Defendants.

66.     In response to paragraph 66 of the Complaint, Experian denies that it violated any provisions of the FCRA or state law.

67.     In response to paragraph 67 of the Complaint, except as previously admitted, Experian denies any allegations re-alleged herein that relate to Experian.

68.     In response to paragraph 68 of the Complaint, Experian denies the allegations contained therein that relate to Experian.

69.     In response to paragraph 69 of the Complaint, Experian denies the allegations contained therein that relate to Experian.

70.     In response to paragraph 70 of the Complaint, Experian denies, as stated, each and every allegation contained therein that relates to Experian.

71.     In response to paragraph 71 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

72.     In response to paragraph 72 of the Complaint, Experian states that the allegations contained therein appear to set forth or refer to a portion of the federal Fair Credit

Reporting Act. Experian affirmatively states that the Fair Credit Reporting Act speaks for itself and, on that basis, denies any allegations of paragraph 72 inconsistent therewith.

73.     In response to paragraph 73 of the Complaint, Experian states that the allegations contained therein appear to set forth a portion of the federal Fair Credit Reporting Act. Experian affirmatively states that the Fair Credit Reporting Act speaks for itself and, on that basis, denies any allegations of paragraph 73 inconsistent therewith.

74.     In response to paragraph 74 of the Complaint, Experian states that the allegations contained therein appear to set forth a portion of the federal Fair Credit Reporting Act. Experian affirmatively states that the Fair Credit Reporting Act speaks for itself and, on that basis, denies any allegations of paragraph 74 inconsistent therewith.

75.     In response to paragraph 75 of the Complaint, Experian denies each and every allegation contained therein that relates to Experian.

76.     In response to paragraph 76 (numbered as 75) of the Complaint, Experian, at this time, is without knowledge or information sufficient to form a belief as to the truth of those allegations and , on that basis, denies each and every allegation of paragraph 76 (numbered as 75).

77.     In response to paragraph 77 (numbered as 76) of the Complaint, Experian, at this time, is without knowledge or information sufficient to form a belief as to the truth of those allegations and , on that basis, denies each and every allegation of paragraph 77 (numbered as 76).

78.     In response to paragraph 78 (numbered as 77) of the Complaint, Experian denies each and every allegation contained therein that relates to Experian.

79.        In response to paragraph 79 (numbered as 78) of the Complaint, Experian denies each and every allegation contained therein that relates to Experian.

80.        In response to paragraph 80 (numbered as 79) of the Complaint, Experian denies each and every allegation contained therein that relates to Experian.

## COUNT III
### Defamation

81.        In response to paragraph 81 (numbered as 80) of the Complaint, except as previously admitted, Experian denies any allegations re-alleged herein.

82.        In response to paragraph 82 (numbered as 81) of the Complaint, Experian denies the allegations contained therein on the grounds that it does not understand the allegations as pled.

83.        In response to paragraph 83 (numbered as 82) of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

84.        In response to paragraph 84 (numbered as 83) of the Complaint, Experian denies the allegation contained in the first sentence of this paragraph that relates to Experian. Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second sentence of this paragraph and, on that basis, denies each and every allegation contained therein.

85.        In response to paragraph 85 (numbered as 84) of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

86.        In response to paragraph 86 (numbered as 85) of the Complaint, Experian denies

each and every allegation that relates to Experian.

87.        In response to paragraph 87 (numbered as 86) of the Complaint, Experian denies

each and every allegation that relates to Experian.

88.        In response to paragraph 88 (numbered as 87) of the Complaint, Experian denies

each and every allegation that relates to Experian.

89.        In response to paragraph 89 (numbered as 88) of the Complaint, Experian denies

each and every allegation contained therein that relates to Experian.

## COUNT IV
## Equitable Accounting

90.        In response to paragraph 90 (numbered as 89) of the Complaint, except as

previously admitted, Experian denies any allegations re-alleged herein.

91.        In response to paragraph 91 (numbered as 90) of the Complaint, Experian states

that the allegation relates to another defendant and appears to require no answer.

92.        In response to paragraph 92 (numbered as 91) of the Complaint, Experian states

that the allegation as written is a contention, and appears not to require an answer.  To the

extent an answer is required, Experian states that it is without knowledge or information

sufficient to form a belief as to the truth of the allegation contained therein and, on that

basis, denies that allegation.

93.        In response to the WHEREFORE paragraph, Experian states that the allegations

contained therein appear to relate to another defendant.  Experian does not have

knowledge or information sufficient to form a belief as to the truth of those allegations

and, on that basis, denies each and every allegation contained therein.

94.         In response to paragraph 94 (numbered as 92) of the Complaint, Experian denies

that Plaintiff is entitled to the relief sought or to any relief whatsoever.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient

to state a claim upon which relief may be granted against Experian and further fails to state facts

sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

### SECOND AFFIRMATIVE DEFENSE

### (IMMUNITY)

Plaintiff's claims against Experian are barred, in whole or in part, by the qualified

immunity of 15 U.S.C. § 1681h(e).

### THIRD AFFIRMATIVE DEFENSE

### (TRUTH/ACCURACY OF INFORMATION)

Plaintiff's claims against Experian are barred because all information Experian

communicated to any third person regarding Plaintiff was true.

### FOURTH AFFIRMATIVE DEFENSE

### (INDEMNIFICATION)

Experian is informed and believes and thereon alleges that any purported damages

allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom

Experian had neither control nor responsibility.

### FIFTH AFFIRMATIVE DEFENSE

### (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate his damages.

## SIXTH AFFIRMATIVE DEFENSE

### (LACHES)

The Complaint and each claim for relief therein is barred by laches.

## SEVENTH AFFIRMATIVE DEFENSE

### (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## EIGHTH AFFIRMATIVE DEFENSE

### (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages.

## NINTH AFFIRMATIVE DEFENSE

### (STATUTE OF LIMITATIONS)

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## TENTH AFFIRMATIVE DEFENSE

### (LAWFUL CONDUCT)

At all times, Experian has complied with the Fair Credit Reporting Act, 15 U.S.C. § § 1681 et seq., in handling Plaintiff's credit information.

## ELEVENTH AFFIRMATIVE DEFENSE

### (GOOD FAITH)

At all times, Experian has acted in good faith and without malice or intent to injure Plaintiff.

## TWELFTH AFFIRMATIVE DEFENSE

### (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian reserves the right to assert additional affirmative defenses as such time and to such extent as warranted by discovery and the factual developments in this case.

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1) That Plaintiff takes nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2) That the Court award Experian its reasonable attorneys' fees pursuant to 15 U.S.C. § 1681n(c) and 15 U.S.C. § 1681o(b); and

(3) That the Court award Experian such other and further relief as the Court may deem just and proper.

Respectfully submitted,


s/G. Lane Knight
Robin Laurie (LAU006)
G. Lane Knight (KNI028)
BALCH & BINGHAM, LLP
Post Office Box 78
Montgomery, Alabama 36101-0078
Telephone: (334) 834-6500
Fax: (334) 269-3115


Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using

the CM/ECF system and service will be perfected upon the following this the 27th day of June,

2005:

James D. Patterson               Jimmy S. Calton, Jr
Law Offices of Earl                    Calton & Calton
Underwood, Jr.                      P.O. Box 895
P.O. Box 969                       Eufaula, AL 36072
Fairhope, AL  36533

                                      s/G. Lane Knight
                                        Of Counsel

ATI-2172418v1