## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| GEORGE BRUMMITT | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES | ) | CASE NO.: 2:05 CV-537-F |
| LLC, TRANS UNION LLC, EXPERIAN | ) | |
| INFORMATION SOLUTIONS LLC & | ) | |
| GREENPOINT CREDIT, LLC a/d/b/a | ) | |
| GREENPOINT CREDIT CORP. | ) | |
| | ) | |
| **Defendants.** | ) | |

## TRANS UNION LLC'S ORIGINAL ANSWER TO PLAINTIFF'S COMPLAINT

Trans Union LLC ("Trans Union"), one of the Defendants herein, files its Original Answer to the Complaint (the "Complaint") filed by the Plaintiff. The paragraphs numbered below correspond to the paragraph numbers contained in the Plaintiff's Complaint.

## PRELIMINARY STATEMENT

1.      Trans Union denies that it violated the Fair Credit Reporting Act ("FCRA"). Trans Union admits that Plaintiff states that he is seeking actual damages, punitive damages, costs and attorneys fees. However, Trans Union denies that Plaintiff suffered damages as a result of Trans Union's credit reporting practices. As to the other Defendants in this matter, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 1 of the Complaint.

2.      Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 2 of the Complaint.

3.     Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 3 of the Complaint.

4.     Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 4 of the Complaint.

5.     Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 5 of the Complaint.

6.     Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 6 of the Complaint.

7.     Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 7 of the Complaint.

8.     Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 8 of the Complaint.

9.     Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 9 of the Complaint.

10.     Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 10 of the Complaint.

11.     Trans Union admits that it is a foreign corporation authorized to do business within the State of Alabama.  Trans Union also admits that it is a limited liability company organized under the laws of the State of Delaware with its principal place of business located in Chicago, Illinois.

12.     Trans Union admits that it is a "consumer reporting agency" as defined by the Fair Credit Reporting Act.

13.     Trans Union also admits that it assembles consumer credit information for the purpose of furnishing consumer reports to third parties.

## JURISDICTION AND VENUE

14.     Trans Union admits that this Court has jurisdiction over this matter.

15.     Trans Union does not dispute that venue is appropriate in the Middle District of Alabama.

## FACTUAL ALLEGATIONS

16.     Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 16 of the Complaint.

17.     Trans Union denies that it was reporting inaccurate information on Plaintiff's Trans Union credit file.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 17 of the complain

18.     Trans Union admits it received correspondence from Plaintiff on October 19, 2004, requesting an investigation into Green Tree Servicing and GreenPoint Credit Accounts.  Trans Union was not reporting any accounts from GreenPoint Credit Accounts.  Trans Union denies that it was reporting inaccurate information on Plaintiff's Trans Union credit file.  As to the other Defendants, Trans Union is without sufficient

information or knowledge to admit or deny the allegations contained in Paragraph 18 of the complaint.

19.    Trans Union admits that Green Tree Servicing verified Plaintiff's account as being accurate and updated the adverse payment history.  Trans Union, in compliance with the Fair Credit Reporting Act, reasonably and completely investigated, reinvestigated and verified, updated, or removed all information disputed by Plaintiff, and therefore, denies the remaining allegations directed at Trans Union.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the remaining allegations contained in Paragraph 19.

20.    Trans Union denies that Plaintiff suffered damage as a result of Trans Union's credit reporting practices.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 20 of the complaint.

21.    To the extent the allegations contained in Paragraph 21 of the Complaint are directed at Trans Union, Trans Union denies such allegations.   As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 21 of the complaint.

22.    To the extent the allegations contained in Paragraph 22 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union denies that Plaintiff suffered damage as a result of Trans Union's credit reporting practices.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 22 of the complaint.

869999.1/SP2/83057/0381/062905

23.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 23.

24.    To the extent the allegations contained in Paragraph 24 of the Complaint are directed at Trans Union, Trans Union denies such allegations.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 24 of the complaint.

25.    To the extent the allegations contained in Paragraph 25 of the Complaint are directed at Trans Union, Trans Union denies such allegations.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 25 of the complaint.

26.    To the extent the allegations contained in Paragraph 26 of the Complaint are directed at Trans Union,  Trans Union admits that it is a "consumer reporting agency" as defined by the Fair Credit Reporting Act.

27.    To the extent the allegations contained in Paragraph 27 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union admits that it assembles consumer credit information for the purpose of furnishing consumer reports to third parties.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 27 of the complaint.

28.    To the extent the allegations contained in Paragraph 28 of the Complaint are directed at Trans Union, Trans Union responds as follows: Trans Union admits that it

869999.1/SP2/83057/0381/062905

maintains contract with affiliate bureaus, otherwise denied  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 28 of the complaint.

29.    To the extent the allegations contained in Paragraph 29 of the Complaint are directed at Trans Union, Trans Union responds as follows: Trans Union denies the allegations contained in Paragraph 29.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 29 of the complaint.

30.    To the extent the allegations contained in Paragraph 30 of the Complaint are directed at Trans Union, Trans Union responds as follows: Trans Union denies the allegations contained in Paragraph 30.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 30 of the complaint.

31.    To the extent the allegations contained in Paragraph 31 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union denies that it has published any false, inaccurate or defamatory information to a third-party regarding Plaintiff.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 31 of the complaint.

32.    To the extent the allegations contained in Paragraph 32 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union admits that Plaintiff requested an investigation into the Green Tree Servicing account, which Trans Union began to perform on October 19, 2004.  Trans Union denies that it was reporting

this account inaccurately.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 32 of the complaint.

33.    To the extent the allegations contained in Paragraph 33 of the Complaint are directed at Trans Union, Trans Union responds as follows: Trans Union denies the allegations contained in Paragraph 33.   At all times relevant, Trans Union, in compliance with the Fair Credit Reporting Act, reasonably and completely investigated, reinvestigated and verified, updated, or removed all information disputed by Plaintiff.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 33 of the complaint.

34.    To the extent the allegations contained in Paragraph 34 of the Complaint are directed at Trans Union, Trans Union responds as follows: Trans Union denies the allegations contained in Paragraph 34.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 24 of the complaint.

35.    To the extent the allegations contained in Paragraph 35 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union denies that it has published any false, inaccurate or defamatory information to a third-party regarding Plaintiff.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 35 of the complaint.

36.    To the extent the allegations contained in Paragraph 36 of the Complaint are directed at Trans Union, Trans Union denies such allegations.   As to the other

869999.1/SP2/83057/0381/062905

Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 36 of the complaint.

37.    To the extent the allegations contained in Paragraph 37 of the Complaint are directed at Trans Union, Trans Union responds as follows:  At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the Fair Credit Reporting Act and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.  Trans Union denies the remaining allegations contained in Paragraph 37.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 37 of the complaint.

38.    To the extent the allegations contained in Paragraph 38 of the Complaint are directed at Trans Union, Trans Union responds as follows:  At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the Fair Credit Reporting Act and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff. Trans Union denies the remaining allegations contained in Paragraph 38.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 38 of the complaint.

39.    To the extent the allegations contained in Paragraph 39 of the Complaint are directed at Trans Union, Trans Union responds as follows:  At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the Fair Credit Reporting Act and assure maximum possible accuracy of the information

concerning Plaintiff in preparing consumer reports related to Plaintiff. Trans Union denies the remaining allegations contained in Paragraph 39. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 39 of the complaint.

40.    To the extent the allegations contained in Paragraph 40 of the Complaint are directed at Trans Union, Trans Union responds as follows: Trans Union denies the allegations contained in Paragraph 40 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 40 of the complaint.

41.    To the extent the allegations contained in Paragraph 41 of the Complaint are directed at Trans Union, Trans Union responds as follows: Trans Union denies the allegations contained in Paragraph 41 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 41 of the complaint.

42.    To the extent the allegations contained in Paragraph 42 of the Complaint are directed at Trans Union, Trans Union responds as follows: Trans Union denies the allegations contained in Paragraph 42 of the Complaint. As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 42 of the complaint.

869999.1/SP2/83057/0381/062905

43.    To the extent the allegations contained in Paragraph 43 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union denies the allegations contained in Paragraph 43 of the Complaint.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 43 of the complaint.

44.    To the extent the allegations contained in Paragraph 44 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union denies the allegations contained in Paragraph 44 of the Complaint.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 44 of the complaint.

45.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 45 of the complaint.

46.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 46 of the complaint.

47.    To the extent the allegations contained in Paragraph 47 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union admits Green Tree Servicing reported information regarding Plaintiff's account to Trans Union.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 47 of the complaint.

48.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 48 of the complaint.

49.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 49 of the complaint.

50.    To the extent the allegations contained in Paragraph 50 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union denies the allegations contained in Paragraph 50.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 50 of the complaint.

51.    To the extent the allegations contained in Paragraph 51 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union denies the allegations contained in Paragraph 51.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 51 of the complaint.

## COUNT ONE
*Failure to comply with 15 U.S.C. § 1681s-2 of the*
*Fair Credit Reporting Act by Defendant GreenPoint*

52.    Trans Union admits that Plaintiff states this is a count against Defendant GreenPoint.

53.    Trans Union restates and incorporates its responses to Paragraphs 1 – 52 above.

54.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 54 of the complaint.

55.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 55, including sub-sections a-f, of the complaint.

56.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 56 of the complaint.

57.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 57 of the complaint.

58.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 58 of the complaint.

59.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 59 of the complaint.

60.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 60 of the complaint.

61.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 61 of the complaint.

62.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 62 of the complaint.

63.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 63 of the complaint.

64.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 64 of the complaint.

65.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 65 of the complaint.

## COUNT TWO
*Failure to comply with 15 U.S.C. § 1681e(b), 1681i(a) and 1681i(a)() of the Fair Credit Reporting Act and State Laws y Defendant*

66.    Trans Union admits that Plaintiff states this is a count against Defendants Equifax, Experian and Trans Union.  As to the remaining allegations, and to the extent said allegations are directed at Trans Union, Trans Union responds as follows:  Trans Union denies the remaining allegations contained in Paragraph 66.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 66 of the complaint.

67.    Trans Union restates and incorporates its responses to Paragraphs 1 – 66 above.

68.    To the extent the allegations contained in Paragraph 68 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union denies the allegations contained in Paragraph 68.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 68 of the complaint.

69.    To the extent the allegations contained in Paragraph 69 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union denies the allegations contained in Paragraph 69.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 69 of the complaint.

70.    To the extent the allegations contained in Paragraph 70 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union denies the allegations contained in Paragraph 70.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 70 of the complaint.

71.    To the extent the allegations contained in Paragraph 71 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union admits it received correspondence from Plaintiff disputing the Green Tree Servicing Account on or around October 19, 2004.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 71 of the complaint.

72.    To the extent the allegations contained in Paragraph 72 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union performed an investigation into the accounts requested by Plaintiff on or around October 19, 2004.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 72 of the complaint.

73.    To the extent the allegations contained in Paragraph 73 of the Complaint are directed at Trans Union, Trans Union responds as follows:  At all times relevant, Trans Union maintained and followed reasonable procedures to avoid violations of the Fair Credit Reporting Act and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.  Trans Union performed an investigation into the accounts requested by Plaintiff on or around

October 19, 2004.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 73 of the complaint.

74.    To the extent the allegations contained in Paragraph 74 of the Complaint are directed at Trans Union, Trans Union responds as follows:  At all times relevant, Trans Union maintained and followed reasonable procedures to avoid violations of the Fair Credit Reporting Act and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.  Trans Union performed an investigation into the accounts requested by Plaintiff on or around October 19, 2004.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 74 of the complaint.

75.    To the extent the allegations contained in Paragraph 75 of the Complaint are directed at Trans Union, Trans Union denies such  allegations.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 75 of the complaint.

75.[sic] To the extent the allegations contained in Paragraph 75[sic] of the Complaint are directed at Trans Union, Trans Union denies such allegations.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 75[sic] of the complaint.

76.    To the extent the allegations contained in Paragraph 76 of the Complaint are directed at Trans Union, Trans Union denies such allegations.    As to the other

869999.1/SP2/83057/0381/062905

Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 76 of the complaint.

77.     To the extent the allegations contained in Paragraph 77 of the Complaint are directed at Trans Union, Trans Union denies such allegations.   As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 77 of the complaint.

78.     To the extent the allegations contained in Paragraph 78 of the Complaint are directed at Trans Union, Trans Union responds as follows:  Trans Union denies that Plaintiff suffered damages as a result of Trans Union's credit reporting practices.

79.     To the extent the allegations contained in Paragraph 79 of the Complaint are directed at Trans Union, Trans Union denies such allegations.   As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 79 of the complaint.

### COUNT THREE
*Defamation*

80.     Trans Union restates and incorporates its responses to Paragraphs 1 – 79 above.

81.     To the extent the allegations contained in Paragraph 81 of the Complaint are directed at Trans Union, Trans Union responds as follows.  Trans Union denies that it was reporting inaccurate information on Plaintiff's Trans Union credit file.   As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 81 of the complaint.

869999.1/SP2/83057/0381/062905

82.    To the extent the allegations contained in Paragraph 82 of the Complaint are directed at Trans Union, Trans Union responds as follows.  Trans Union denies the allegations contained in Paragraph 82.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 82 of the complaint.

83.    To the extent the allegations contained in Paragraph 83 of the Complaint are directed at Trans Union, Trans Union responds as follows.  Trans Union denies the allegations contained in Paragraph 83.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 83 of the complaint.

84.    To the extent the allegations contained in Paragraph 84 of the Complaint are directed at Trans Union, Trans Union responds as follows.  Trans Union denies the allegations contained in Paragraph 84.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 83 of the complaint.

85.    To the extent the allegations contained in Paragraph 85 of the Complaint are directed at Trans Union, Trans Union responds as follows.  Trans Union denies the allegations contained in Paragraph 85.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 85 of the complaint.

86.    To the extent the allegations contained in Paragraph 86 of the Complaint are directed at Trans Union, Trans Union responds as follows.  Trans Union denies the

allegations contained in Paragraph 86.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 83 of the complaint.

87.    To the extent the allegations contained in Paragraph 87 of the Complaint are directed at Trans Union, Trans Union responds as follows.  Trans Union denies the allegations contained in Paragraph 87.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 87 of the complaint.

88.    To the extent the allegations contained in Paragraph 88 of the Complaint are directed at Trans Union, Trans Union responds as follows.  Trans Union denies the allegations contained in Paragraph 88.  As to the other Defendants, Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 88 of the complaint.

## COUNT FOUR
*Equitable Accounting*

89.    Trans Union restates and incorporates its responses to Paragraphs 1 – 88 above.

90.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 90 of the complaint.

91.    Trans Union is without sufficient information or knowledge to admit or deny the allegations contained in Paragraph 91 of the complaint.

## PRAYER

Trans Union denies the relief sought by Plaintiff in the prayer of the Complaint, including subparts (a) through (b).

## PRAYER FOR RELIEF

92.    Trans Union denies the relief sought by Plaintiff in the prayer of the Complaint, including subparts (a) through (f).

## DEFENSES

93.    Plaintiff has failed to state a claim against Trans Union upon which relief can be granted.

94.    At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the Fair Credit Reporting Act and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

95.    Trans Union alleges that any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

96.    Trans Union, in compliance with the Fair Credit Reporting Act, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

97.    Trans Union at all times acted in compliance with the Fair Credit Reporting Act.

869999.1/SP2/83057/0381/062905

98.    Trans Union has not published any false, inaccurate or defamatory information to a third-party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

99.    Plaintiff's common law and/or state law claims are barred/preempted by the qualified immunity granted by the Fair Credit Reporting Act.

100.    Some or all of Plaintiff's claims against Trans Union are barred by the applicable statute of limitations.

101.    Trans Union did not publish false or inaccurate information regarding Plaintiff.

102.    Any statement made by Trans Union regarding Plaintiff was true or substantially true.

103.    Plaintiff failed to mitigate his alleged damages.

104.    At all relevant times, Trans Union has acted under the qualified immunity provided in the Fair Credit Reporting Act.

105.    At all relevant times, Trans Union has acted under a qualified privilege provided in the common law.

106.    Plaintiff's claims for exemplary or punitive damages violate the Fourteenth Amendment, the excessive fines clause of the Eighth Amendment, and the Due Process Clause of the United States Constitution.

107.    To the extent Trans Union could be found liable, Plaintiff was comparatively/contributorily negligent.

869999.1/SP2/83057/0381/062905

108.   Plaintiff cannot recover because of the doctrine of unclean hands.

109.   Trans Union affirmatively pleads that it is entitled to attorney's fees in the event that the Court determines that the Plaintiff has filed an unsuccessful pleading, motion, or other paper in connection with this action under Section 1681n or o of the FCRA in bad faith or for purposes of harassment.

110.   Plaintiff's alleged injuries were proximately caused in whole or in part by the negligence of Plaintiff, Equifax Information Services LLC, Experian Information Solutions LLC & Greenpoint Credit, LLC a/d/b/a Greenpoint Credit Corp., and liability should be reduced accordingly. Issues as to the percentage of each of their responsibility is requested to be submitted to the trier of the fact.

111.   In the event that a settlement is reached between Plaintiff and any other party, Defendant Trans Union is entitled to any settlement credits permitted by law.

112.   Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union LLC, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the court deems just.

Respectfully submitted,


s// Kary Bryant Wolfe
**KARY BRYANT WOLFE** (WOL016)
WALSTON WELLS ANDERSON & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)

**ATTORNEYS FOR TRANS UNION LLC**


**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on June 30, 2005, a true and correct copy of the above and

foregoing document has been electronically filed with the foregoing Clerk of the Court

using the CM/ECF system which will send notification of such filing to the following:

James D. Patterson
Earl P. Underwood
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
P. O Box 969
Fairhope, AL  36533

Jimmy S. Calton, Jr.
Calton & Calton
226 East Broad Street
Eufaula, AL  36027
(Counsel for Plaintiff)

Robin Garrett Laurie
Griffin Lane Knight
Balch & Bingham
PO Box 78
2 Dexter Avenue
Montgomery, AL 36101-0078
(Counsel for Experian Information Solutions)

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Equifax Information Services, LLC
c/o CSC Lawyers Incorporation Services LLC
150 S. Perry St.
Montgomery, AL 36104-4227

Greenpoint Credit, LLC
Lexis Document Service, Inc.
150 S. Perry St.
Montgomery, AL 36104-4227

s// Kary Bryant Wolfe
**KARY BRYANT WOLFE**