IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **GEORGE BRUMMITT** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| Vs. | ) |
| | ) |
| **EQUIFAX INFORMATION SERVICES** | )    **CASE NO.: 2:05 CV-537-F** |
| **LLC, TRANS UNION LLC, EXPERIAN** | ) |
| **INFORMATION SOLUTIONS LLC &** | ) |
| **GREENPOINT CREDIT, LLC a/d/b/a** | ) |
| **GREENPOINT CREDIT CORP.** | ) |
| | ) |
|     **Defendants.** | ) |

**TRANS UNION LLC'S DISCLOSURE OF CORPORATE AFFILIATIONS
AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby discloses the following information:

1. Parent Companies: The parent company of Trans Union LLC is Trans Union Corporation. Trans Union Corporation owns 100 percent of Trans Union LLC.

2. No public company owns 10% or more of the stock in Trans Union LLC.

Dated this __30th__ day of __June__, 2005.

                                                  s// Kary Bryant Wolfe_____
                                                **KARY BRYANT WOLFE** (WOL016)
                                                WALSTON WELLS ANDERSON & BIRCHALL, LLP
                                                P.O. Box 830642
                                                Birmingham, Alabama 35283-0642
                                                (205) 244-5281
                                                (205) 244-5481 (Fax)

                                                **ATTORNEYS FOR TRANS UNION LLC**

## **CERTIFICATE OF SERVICE**

This is to certify that on June 30, 2005, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James D. Patterson
Earl P. Underwood
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
P. O Box 969
Fairhope, AL  36533

Jimmy S. Calton, Jr.
Calton & Calton
226 East Broad Street
Eufaula, AL  36027
(Counsel for Plaintiff)

Robin Garrett Laurie
Griffin Lane Knight
Balch & Bingham
PO Box 78
2 Dexter Avenue
Montgomery, AL 36101-0078
(Counsel for Experian Information Solutions)

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Equifax Information Services, LLC
c/o CSC Lawyers Incorporation Services LLC
150 S. Perry St.
Montgomery, AL 36104-4227

Greenpoint Credit, LLC
Lexis Document Service, Inc.
150 S. Perry St.
Montgomery, AL 36104-4227

                                       s// Kary Bryant Wolfe
                                       **KARY BRYANT WOLFE**