UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GEORGE BRUMMITT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:05 CV 537-F |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS LLC & GREENPOINT CREDIT LLC, a/d/b/a GREENPOINT CREDIT CORP., | ) ) ) ) ) |
| | ) |
|     Defendants. | ) |

**ANSWER OF EQUIFAX INFORMATION SERVICES LLC**

    COMES NOW Equifax Information Services LLC ("Equifax"), by counsel, and hereby files its Answer to Plaintiff's Complaint as follows:

**PRELIMINARY STATEMENT**

    1.    In response to Paragraph 1 of Plaintiff's Complaint, Equifax admits that plaintiff brings this action against it on the grounds and in the amounts set forth herein, but Equifax denies any liability to Plaintiff.

    2.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint and therefore, denies the same.

    3.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Complaint and therefore, denies the same.

4. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint and therefore, denies the same.

5. Equifax admits the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Equifax admits the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Equifax admits the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint and therefore, denies the same.

9. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint and therefore, denies the same.

10. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of Plaintiff's Complaint and therefore, denies the same.

11. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint and therefore, denies the same.

12. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint and therefore, denies the same.

ATLLIB01 1995849.1

13. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint and therefore, denies the same.

## JURISDICTION AND VENUE

14. To the extent that Plaintiff can maintain a federal cause of action, which Equifax denies, jurisdiction would be proper in this Court. Equifax denies that it is liable to Plaintiff.

15. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiff's Complaint and therefore, denies the same.

## FACTUAL ALLEGATIONS

16. Equifax denies it reported false information about Plaintiff. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 16 of Plaintiff's Complaint and therefore, denies the same.

17. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of Plaintiff's Complaint and therefore, denies the same.

18. Equifax admits that the Plaintiff contacted Equifax. Any other allegations not specifically admitted are denied.

19. Equifax denies the allegations contained in Paragraph 19 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 19 of Plaintiff's Complaint.

20. Equifax denies the allegations contained in Paragraph 20 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 20 of Plaintiff's Complaint.

21. Equifax denies the allegations contained in Paragraph 21 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 21 of Plaintiff's Complaint.

22. Equifax denies the allegations contained in Paragraph 22 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 22 of Plaintiff's Complaint.

23. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiff's Complaint, and therefore denies same.

24. Equifax denies the allegations contained in Paragraph 24 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 24 of Plaintiff's Complaint.

25. Equifax denies the allegations contained in Paragraph 25 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 25 of Plaintiff's Complaint.

ATLLIB01 1995849.1

26. Equifax admits the allegations contained in Paragraph 26 of Plaintiff's Complaint.

27. Equifax admits the allegations contained in Paragraph 27 of Plaintiff's Complaint as they apply to Equifax.

28. Equifax denies the allegations of Paragraph 28 of Plaintiff's Complaint as they apply to Equifax.

29. Equifax admits the allegations contained in Paragraph 29 of Plaintiff's Complaint.

30. Equifax denies the allegations contained in Paragraph 30 of Plaintiff's Complaint.

31. Equifax denies the allegations contained in Paragraph 31 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 31 of Plaintiff's Complaint.

32. Equifax admits it received disputes from Plaintiff regarding information on his credit file. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 32 of Plaintiff's Complaint.

33. Equifax denies the allegations contained in Paragraph 33 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 33 of Plaintiff's Complaint.

34. Equifax denies the allegations contained in Paragraph 34 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 34 of Plaintiff's Complaint.

35. Equifax denies the allegations contained in Paragraph 35 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 35 of Plaintiff's Complaint.

36. Equifax denies the allegations contained in Paragraph 36 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 36 of Plaintiff's Complaint.

37. Equifax denies the allegations contained in Paragraph 37 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 37 of Plaintiff's Complaint.

38. Equifax denies the allegations contained in Paragraph 38 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 38 of Plaintiff's Complaint.

39. Equifax denies the allegations contained in Paragraph 39 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 39 of Plaintiff's Complaint.

40. Equifax denies the allegations contained in Paragraph 40 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a

belief as to the truth of the remaining allegations contained in Paragraph 40 of Plaintiff's Complaint.

41. Equifax denies the allegations contained in Paragraph 41 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 41 of Plaintiff's Complaint.

42. Equifax denies the allegations contained in Paragraph 42 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 42 of Plaintiff's Complaint.

43. Equifax denies the allegations contained in Paragraph 43 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 43 of Plaintiff's Complaint.

44. Equifax denies the allegations contained in Paragraph 44 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 44 of Plaintiff's Complaint.

45. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of Plaintiff's Complaint and therefore, denies the same.

46.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of Plaintiff's Complaint and therefore, denies the same.

47.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of Plaintiff's Complaint and therefore, denies the same.

48.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of Plaintiff's Complaint and therefore, denies the same.

49.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of Plaintiff's Complaint and therefore, denies the same.

50.     Equifax denies the allegations contained in Paragraph 50 of Plaintiff's Complaint as they apply to Equifax.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 50 of Plaintiff's Complaint.

51.     Equifax denies the allegations contained in Paragraph 51 of Plaintiff's Complaint as they apply to Equifax.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 51 of Plaintiff's Complaint.

## COUNT ONE
*Failure to Comply with 15 U.S.C. 1681s-2 of the Fair Credit Reporting Act by Defendant GreenPoint*

52.     No response is required from Equifax to Paragraph 52 of Plaintiff's Complaint as

this Paragraph is not directed at Equifax and Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.  To the extent that any allegation in Paragraph 52 can be construed to relate to Equifax, those allegations are denied.

53. In response to Paragraph 53 of the Complaint, Equifax reinstates and reincorporates its answers and defenses to the foregoing paragraphs as though fully set forth herein.

54. No response is required from Equifax to Paragraph 54 of Plaintiff's Complaint as this Paragraph is not directed at Equifax and Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.  To the extent that any allegation in Paragraph 54 can be construed to relate to Equifax, those allegations are denied.

55. No response is required from Equifax to Paragraph 55 of Plaintiff's Complaint as this Paragraph is not directed at Equifax and Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.  To the extent that any allegation in Paragraph 55 can be construed to relate to Equifax, those allegations are denied.

56. No response is required from Equifax to Paragraph 56 of Plaintiff's Complaint as this Paragraph is not directed at Equifax and Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.  To the extent that any allegation in Paragraph 56 can be construed to relate to Equifax, those allegations are denied.

57. No response is required from Equifax to Paragraph 57 of Plaintiff's Complaint as this Paragraph is not directed at Equifax and Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.  To the extent that any allegation in Paragraph 57 can be construed to relate to Equifax, those allegations are denied.

58. No response is required from Equifax to Paragraph 58 of Plaintiff's Complaint as

this Paragraph is not directed at Equifax and Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein. To the extent that any allegation in Paragraph 58 can be construed to relate to Equifax, those allegations are denied.

59. No response is required from Equifax to Paragraph 59 of Plaintiff's Complaint as this Paragraph is not directed at Equifax and Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein. To the extent that any allegation in Paragraph 59 can be construed to relate to Equifax, those allegations are denied.

60. No response is required from Equifax to Paragraph 60 of Plaintiff's Complaint as this Paragraph is not directed at Equifax and Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein. To the extent that any allegation in Paragraph 60 can be construed to relate to Equifax, those allegations are denied.

61. No response is required from Equifax to Paragraph 61 of Plaintiff's Complaint as this Paragraph is not directed at Equifax and Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein. To the extent that any allegation in Paragraph 61 can be construed to relate to Equifax, those allegations are denied.

62. No response is required from Equifax to Paragraph 62 of Plaintiff's Complaint as this Paragraph is not directed at Equifax and Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein. To the extent that any allegation in Paragraph 62 can be construed to relate to Equifax, those allegations are denied.

63. No response is required from Equifax to Paragraph 63 of Plaintiff's Complaint as this Paragraph is not directed at Equifax and Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein. To the extent that any allegation in Paragraph 63 can be construed to relate to Equifax, those allegations are denied.

ATLLIB01 1995849.1

64. No response is required from Equifax to Paragraph 64 of Plaintiff's Complaint as this Paragraph is not directed at Equifax and Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein. To the extent that any allegation in Paragraph 64 can be construed to relate to Equifax, those allegations are denied.

65. No response is required from Equifax to Paragraph 65 of Plaintiff's Complaint as this Paragraph is not directed at Equifax and Equifax lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein. To the extent that any allegation in Paragraph 65 can be construed to relate to Equifax, those allegations are denied.

## COUNT TWO
*Failure to comply with 15 U.S.C. § 1681e(b), 1681i(a) and 1681i(a)(5) of the Fair Credit Reporting Act and State Laws by Defendants*

66. Equifax denies the allegations contained in Paragraph 66 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 66 of Plaintiff's Complaint.

67. In response to Paragraph 67 of the Complaint, Equifax reinstates and reincorporates its answers and defenses to the foregoing paragraphs as though fully set forth herein.

68. Equifax denies the allegations contained in Paragraph 68 of Plaintiff's Complaint as they apply to Equifax. Defendant Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 68 of Plaintiff's Complaint.

69. Equifax denies the allegations contained in Paragraph 69 of Plaintiff's Complaint as they apply to Equifax. Defendant Equifax lacks knowledge or information sufficient to form a

belief as to the truth of the remaining allegations contained in Paragraph 69 of Plaintiff's Complaint.

70. Equifax denies the allegations contained in Paragraph 70 of Plaintiff's Complaint as they apply to Equifax. Defendant Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 70 of Plaintiff's Complaint.

71. Equifax admits it received disputes from Plaintiff requesting it to verify information. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 71 of Plaintiff's Complaint and therefore, denies the same.

72. Equifax admits the allegations contained in Paragraph 72 of Plaintiff's Complaint as they apply to Equifax. Defendant Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 72 of Plaintiff's Complaint.

73. Equifax admits the allegations contained in Paragraph 73 of Plaintiff's Complaint as they apply to Equifax. Defendant Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 73 of Plaintiff's Complaint.

74. Equifax admits the allegations contained in Paragraph 74 of Plaintiff's Complaint as they apply to Equifax. Defendant Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 74 of Plaintiff's Complaint.

75.     Equifax denies the allegations contained in Paragraph 75 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 75 of Plaintiff's Complaint.

75.(sic).     Equifax denies the allegations contained in the second Paragraph 75 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in the second Paragraph 75 of Plaintiff's Complaint.

76.     Equifax denies the allegations contained in Paragraph 76 of Plaintiff's Complaint as they apply to Equifax. Defendant Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 76 of Plaintiff's Complaint.

77.     Equifax denies the allegations contained in Paragraph 77 of Plaintiff's Complaint as they apply to Equifax. Defendant Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 77 of Plaintiff's Complaint.

78.     Equifax denies the allegations contained in Paragraph 78 of Plaintiff's Complaint as they apply to Equifax. Defendant Equifax lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 78 of Plaintiff's Complaint.

79.     Equifax denies the allegations contained in Paragraph 79 of Plaintiff's Complaint as they apply to Equifax. Defendant Equifax lacks knowledge or information sufficient to form a

belief as to the truth of the remaining allegations contained in Paragraph 79 of Plaintiff's Complaint.

## COUNT THREE
*Defamation*

80. In response to Paragraph 80 of the Complaint, Equifax reinstates and reincorporates its answers and defenses to the foregoing paragraphs as though fully set forth herein.

81. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of Plaintiff's Complaint and therefore, denies the same.

82. Equifax denies the allegations contained in Paragraph 82 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 82 of Plaintiff's Complaint.

83. Equifax denies the allegations contained in Paragraph 83 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 83 of Plaintiff's Complaint.

84. Equifax denies the allegations contained in Paragraph 84 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 84 of Plaintiff's Complaint.

85. Equifax denies the allegations contained in Paragraph 85 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a

belief as to the truth of the remaining allegations contained in Paragraph 85 of Plaintiff's Complaint.

86. Equifax denies the allegations contained in Paragraph 86 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 86 of Plaintiff's Complaint.

87. Equifax denies the allegations contained in Paragraph 87 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 87 of Plaintiff's Complaint.

88. Equifax denies the allegations contained in Paragraph 88 of Plaintiff's Complaint as they apply to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 88 of Plaintiff's Complaint.

**COUNT FOUR**
*Equitable Accounting*

89. Responding to the allegations contained in Paragraph 89 of Plaintiff's Complaint, Defendant Equifax reasserts and realleges its answers and defenses set forth herein.

90. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 of Plaintiff's Complaint and therefore, denies the same.

91. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 of Plaintiff's Complaint and therefore, denies the same.

92. Equifax denies that Plaintiff is entitled to the relief specified in his prayer for relief, or to any recovery from Equifax.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Equifax Information Services LLC maintained reasonable procedures to assure maximum possible accuracy in its credit reports.

3. Equifax has complied with the provisions of the Fair Credit Reporting Act in its handling of plaintiff's credit file, and is entitled to each and every defense afforded to it by that statute.

4. Some or all of Plaintiff's claims against Equifax may be barred by the applicable statute of limitations.

5. Equifax has acted in good faith and without malice or intent to injure Plaintiff.

6. Some or all of Plaintiff's claims are pre-empted by the Fair Credit Reporting Act, 15 U.S.C. §1681h(e).

7. Plaintiff has not alleged any injury in fact.

8. Plaintiff has not suffered any damages.

9. Plaintiff's damages, if any, are caused by his own acts or omissions, or the acts or omissions of third parties other than Equifax.

10. Plaintiff's claim for punitive damages is barred by the provisions of 15 U.S.C. §1681n.

11. Plaintiff's complaint seeks the imposition of punitive damages. Equifax adopts by reference the defenses, criteria, limitations, standards and constitutional protections mandated or provided by the United States Supreme Court in the following cases: BMW v. Gore, 517 U.S. 559 (1996); Cooper Indus., Inc. v. Leatherman Tool Group, Inc., 532 U.S. 923 (2001) and State Farm v. Campbell, 538 U.S. 408 (2003).

12. Plaintiff has failed to mitigate his damages.

13. Equifax alleged supplying of information, if any, was both privileged and justified.

14. Any allegation of the complaint not expressly admitted is denied.

16

15.    Equifax reserves the right to plead additional defenses that it learns of through the course of discovery.

Respectfully submitted this 30th day of June, 2005.

                        EQUIFAX INFORMATION
                        SERVICES LLC

By:  /s/ E. Luckett Robinson, II
       E. Luckett Robinson II, Esq.
       Bar No. ROBIE6110
       Hand Arendall, L.L.C.
       3000 AmSouth Bank Building
       107 St. Francis Street
       Mobile, Alabama 36602
       tel:    (251) 432-5511
       fax:   (251) 694-6375

## CERTIFICATE OF SERVICE

This is to certify that I have, on June 30, 2005, served a copy of the foregoing upon the following parties by depositing same in the United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

Earl P. Underwood, Jr.
James D. Patterson
Law Offices of Earl P. Underwood, Jr.
Post Office Box 969
Fairhope, AL 36533-0969


                                          /s/ E. Luckett Robinson, II