UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GEORGE BRUMMITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:05 CV 537-F |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS LLC & GREENPOINT CREDIT LLC, a/d/b/a GREENPOINT CREDIT CORP., | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Equifax Information Services LLC, ("Equifax"), by Counsel, and hereby makes the following Corporate Disclosure Statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax, Inc., which is a publicly traded company.

Respectfully submitted this 30th day of June, 2005.

>EQUIFAX INFORMATION
>SERVICES LLC
>
>By: /s/ E. Luckett Robinson, II
>    E. Luckett Robinson II, Esq.
>    Bar No. ROBIE6110
>    Hand Arendall, L.L.C.
>    3000 AmSouth Bank Building
>    107 St. Francis Street
>    Mobile, Alabama 36602
>    tel: (251) 432-5511
>    fax: (251) 694-6375

## **CERTIFICATE OF SERVICE**

      This is to certify that I have, on June 30, 2005, served a copy of the foregoing upon the following parties by depositing same in the United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

Earl P. Underwood, Jr.
James D. Patterson
Law Offices of Earl P. Underwood, Jr.
Post Office Box 969
Fairhope, AL 36533-0969

                                              /s/ E. Luckett Robinson, II