RECEIVED
2005 JUN 30 P 4: 01

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GEORGE BRUMMITT,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC., TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, LLC, & GREENPOINT CREDIT, LLC, a/d/b/a GREENPOINT CREDIT CORP.,<br><br>Defendants. | Case No. 2:05cv537-F |

## MOTION FOR ADMISSION PRO HAC VICE
## OF STEPHANIE M. HOWELLS

TO THE HONORABLE COURT:

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel, Lane Knight, a duly licensed and practicing attorney in the State of Alabama, and pursuant to Local Rule 83.1(b) of the Local Rules of this Court, moves the Court to admit Stephanie M. Howells (formerly Stephanie J. Malbrough), Esq. *pro hac vice* to appear as counsel for Experian in this matter. In support of this Motion, Experian shows the following:

1. Stephanie M. Howells is an associate with Jones Day, located at 1420 Peachtree Street, N.E., Suite 800, Atlanta, Georgia 30309-3053, Tel. No. (404) 521-3939, Fax No. (404) 581-8330. She resides and practices law in the State of Georgia.

2. Stephanie M. Howells intends to appear in association with Lane Knight of Balch & Bingham, LLP, who is a member in good standing of the Alabama State Bar and the United States District Court for the Middle District of Alabama.

ATI-2172559v1

3. Stephanie M. Howells was admitted to the Louisiana State Bar in 1998 and to the Georgia State Bar in 2001 under her former name Stephanie J. Malbrough. Ms. Howells was recently married and changed her name. Both the State Bar of Georgia and the Louisiana State Bar Association have been notified of the change in counsel's name. Ms. Howells is also admitted to practice in the United States Court of Appeals for the Fifth Circuit, the United States District Courts for the Eastern, Middle and Western Districts of Louisiana, all State Courts of Louisiana, the United States District Courts for the Northern and Middle Districts of Georgia, and the State and Superior Courts of Georgia. A Certificate of Good Standing from the Northern District of Georgia is attached hereto as Exhibit "A." Ms. Howells' bar license numbers are: Louisiana No. 25778 and Georgia No. 466994. Ms. Howells has never suffered disbarment or suspension of her license to practice law in any jurisdiction of the United States. Furthermore, Stephanie M. Howells is not currently suspended from practicing law before any court or jurisdiction, and no complaints for unethical misconduct, disciplinary proceedings, or criminal charges involving the applicant are currently pending before any court or jurisdiction.

4. Stephanie M. Howells is experienced in federal litigation, and will become familiar with, and abide by, the Local Rules of this District Court.

5. Enclosed is a check in the sum of $20.00 to the order of the Clerk of the Court.

6. A proposed Order is attached hereto as Exhibit "B."

WHEREFORE, Experian respectfully prays that the Court grant this motion to admit Stephanie M. Howells *pro hac vice* on behalf of Defendant Experian Information Solutions, Inc.

RESPECTFULLY SUBMITTED

_____
G. Lane Knight

Attorney for Experian Information Solutions, Inc.

**OF COUNSEL:**

Balch & Bingham
The Winter Building
2 Dexter Avenue
Montgomery, Alabama 36104
Tel: (334) 834-6500
Fax: (334) 269-3115

ATI-2172559v1                3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE OF STEPHANIE M. HOWELLS has been served upon the following counsel of record via First Class United States mail, properly addressed and postage prepaid on this 30th day of June, 2005.

James Patterson
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, AL  36533

Attorney for Plaintiff

_____
G. Lane Knight

ATI-2172559v1