**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| LEWIS RICHARDSON,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, LLC, TRANSUNION LLC, EQUIFAX INFORMATION SERVICES, LLC., CITIBANK, N.A. and BURDINES, INC.,<br><br>    Defendants. | Case No.  2:05cv20-F |

**ORDER GRANTING ADMISSION PRO HAC VICE
FOR STEPHANIE M. HOWELLS**

Considering the foregoing motion:

IT IS ORDERED THAT the Motion for Admission Pro Hac Vice of Stephanie M. Howells is GRANTED.

SO ORDERED AND ADJUDGED, this _____ day of _____, 2005.


_____
U.S.D.C. JUDGE


ATI-2172559v1