IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE BRUMMITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-537-F |
| | ) | |
| EQUIFAX INFORMATION, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON MOTION

Upon consideration of the *Motion for Admission Pro Hac Vice* of Stephanie M. Howells (Doc. 11, filed July 1, 2005), it appears that Stephanie M. Howells, also known as **Stephanie J. Malbrough** is a member in good standing of the United States District Court, Northern District of Georgia, and is otherwise eligible to appear *pro hac vice* in this proceeding as counsel for Defendant Experian Information Solutions, Inc.

Accordingly, it is **ORDERED** that the Motion is **GRANTED.**

DONE this 7TH day of July, 2005.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE