UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GEORGE BRUMMITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:05 CV 537-F |
| | ) |
| EQUIFAX INFORMATION SERVICES | ) |
| LLC, TRANS UNION LLC, EXPERIAN | ) |
| INFORMATION SOLUTIONS LLC & | ) |
| GREENPOINT CREDIT LLC, a/d/b/a | ) |
| GREENPOINT CREDIT CORP., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## MOTION FOR ADMISSION PRO HAC VICE OF AMY GREENSTEIN

The undersigned, a member of the Bar of this Court, respectfully moves that the Court admit Amy Greenstein, Esq., a member of the Bar of the State of Georgia, to represent Defendant Equifax Information Services, LLC, successor in interest to Equifax Credit Information Services, Inc. ("Equifax") in the above-captioned matter. I represent that:

1. The office address of Amy Greenstein is: Kilpatrick Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309. Ms. Greenstein is resident in the firm's Atlanta office.

2. As reflected in her application, Ms. Greenstein is a member in good standing of the bar of the State of Georgia and is admitted to practice in the United States District Court for the Northern and Middle Districts of Georgia. Ms. Greenstein's admission to the Supreme Court of Georgia is currently being processed.

3. As reflected in her application, Ms. Greenstein never has been denied admission or disciplined in any court.

4. Ms. Greenstein's application and certificate of good standing are attached hereto.

Respectfully submitted this 13th day of July, 2005.

                                        EQUIFAX INFORMATION
                                      SERVICES, LLC

                                By: __/s/ E. Luckett Robinson, II_____
                                      E. Luckett Robinson, II, Esq.
                                      Bar No. ROBIE6110
                                      Hand Arendall, L.L.C.
                                      3000 AmSouth Bank Building
                                      107 St. Francis Street
                                      Mobile, Alabama 36602

Of Counsel:                           (334) 432-5511
Amy Greenstein, Esq.             facsimile: (334) 694-6375
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309
tel: (404) 815-6500
fax: (404) 815-6555

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on July 13, 2005, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Earl P. Underwood, Jr.
James D. Patterson
Law Offices of Earl P. Underwood, Jr.
Post Office Box 969
Fairhope, AL 36533-0969


                          /s/E. Luckett Robinson, II

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GEORGE BRUMMITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:05 CV 537-F |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS LLC & GREENPOINT CREDIT LLC, a/d/b/a GREENPOINT CREDIT CORP., | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## **ORDER ADMITTING AMY GREENSTEIN PRO HAC VICE**

It appearing to the Court that Amy Greenstein, attorney-at-law, declares by affidavit that she meets the requirements for admission p*ro hac vice* in this case and she is in good standing to practice in the State of Georgia.

IT IS HEREBY ORDERED that the Motion for Admission Pro Hac Vice of Amy Greenstein to appear in the United States District Court for the Middle District of Alabama is hereby granted.

_____
DISTRICT COURT JUDGE

DATED: _____, 2005