IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| GEORGE BRUMMITT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO.: CV-05-537-F |
| | * | |
| EQUIFAX INFORMATION SERVICES LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS LLC; and GREENPOINT CREDIT, LLC, a/d/b/a GREENPOINT CREDIT CORP., | * * * * * | |
| | * | |
| Defendants. | * | |

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

1.  Full name:   Amy Greenstein

2.  Social Security Number:   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

3.  Name of your firm, company or agency:   Kilpatrick Stockton LLP

4.  Present business address:   1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309

5.  Business telephone number: (404) 815-6500

6.  Business fax number: (404) 815-6555

7.  Home Address:   710 Darlington Circle, NE, Atlanta, Georgia  30305

8.  Home Telephone Number:   (404) 219-1041

9.  Date Admitted to the Supreme Court of Alabama & State Bar Code:   N/A

10. Other courts, admitted to practice: United States District Court for the Northern District of Georgia, United States District Court for the Middle District of Georgia, United States District Court, Western District of Michigan, and my application for admission to the Supreme Court of Georgia is presently being processed.

2

I declare under penalty of perjury that the foregoing to true and correct.

_____
Applicant

Date: 7-7-05

2

Oath of Admission:

> I DO SOLEMNLY SWEAR (OR AFFIRM) THAT I WILL DEMEAN MYSELF AS AN ATTORNEY, ACCORDING TO THE BEST OF MY LEARNING AND ABILITY, AND WITH ALL GOOD FIDELITY, AS WELL TO THE COURT AS TO THE CLIENT; THAT I WILL USE NO FALSEHOOD OR DELAY ANY PERSONS CAUSE FOR LUCRE OR MALICE, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE STATE OF ALABAMA AND OF THE UNITED STATES, SO LONG AS I CONTINUE A CITIZEN THEREOF, SO HELP ME GOD.

_____
Attorney

ATLLIB01 1982904.1



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

    I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

    **DO HEREBY CERTIFY** that **AMY GREENSTEIN, State Bar No. 3659,** was duly admitted to practice in said Court on October 26, 1999, and is in good standing as a member of the bar of said Court.

    Dated at Atlanta, Georgia, this 30th day of June, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

