IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GEORGE BRUMMITT, | * |
| Plaintiff(s), | * |
| v. | * Case Number: 2:05 CV-537-F |
| EQUIFAX INFORMATION SERVICES LLC, et al., | * |
| Defendant(s). | * |

NOTICE OF APPEARANCE

COME NOW, George M. Ritchey, Gregory S. Ritchey, and Nicholas J. Ritchey, and hereby give notice to the Clerk of Court and Counsel of Record of their appearance as counsel for the Defendant, GreenPoint Credit LLC a/d/b/a GreenPoint Credit Corp.

George M. Ritchey          [RIT005]
Gregory S. Ritchey         [RIT010]
Nicholas J. Ritchey        [RIT021]
Counsel for Defendant

OF COUNSEL:
**RITCHEY & RITCHEY, P.A.**
P.O. Drawer 590069
Birmingham, AL 35259-0069
Phone: 205.271.3100
Facsimile 205.271.3111

## CERTIFICATE OF SERVICE

This is to certify that on July 8, 2005, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filling to the following:

Kary Bryant Wolfe, Esquire
WALSTON WELLS ANDERSON & BIRCHALL, LLP
P.O. Box 830642
Birmingham, AL 35283-0642

James D. Patterson, Esquire
Earl P. Underwood, Esquire
LAW OFFICES OF EARL P. UNDERWOOD, JR.
21 South Section Street
Fairhope, AL 36533

Jimmy S. Calton, Jr., Esquire
CALTON & CALTON
226 East Broad Street
Eufaula, AL 36027

Robin Garrett Laurie, Esquire
Griffin Lane Knight, Esquire
BALCH & BINGHAM
2 Dexter Avenue
Montgomery, AL 36101-0078

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Equifax Information Services, LLC
c/o CSC Lawyers Incorporation Services LLC
150 S. Perry Street
Montgomery, AL 36104-4227

_____
OF COUNSEL

2