IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE BRUMMITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:05-CV-537-F |
| | ) |
| EQUIFAX INFORMATION, *et al.*, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon review of Defendant Greenpoint Credit, LLC's *Motion to Compel Arbitration* and supporting exhibits (Doc. # 16), filed July 15, 2005, and pursuant to the order referring this case for action or recommendation by the Magistrate Judge on all pretrial matters (Doc. 4), it is hereby

**ORDERED** that Plaintiff shall file a response on or before August 12, 2005 to show any cause why the *Motion to Compel Arbitration* should not be granted. Defendant Greenpoint Credit, LLC shall have until August 22, 2005 to file any reply it may wish to file. The *Motion to Compel Arbitration* shall be submitted thereafter without oral argument.

DONE this 19th day of July, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE