IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUL 28  A 9: 43

| | |
|---|---|
| GEORGE BRUMMITT )<br>    *Plaintiff*, )<br>  )<br>V. )<br>  )<br>EQUIFAX INFORMATION SERVICES )<br>LLC, TRANS UNION LLC, EXPERIAN )<br>INFORMATION SOLUTIONS LLC & )<br>GREENPOINT CREDIT, LLC a/d/b/a )<br>GREENPOINT CREDIT CORP. )<br>    *Defendants*. )<br>  ) | CASE NO.: 2:05 CV-00537-MEF-DRB<br><br>Jury Trial |

## REQUEST FOR ADMISSION PRO HAC VICE

Trans Union LLC ("Trans Union"), one of the Defendants herein, by and through its counsel, Kary B. Wolfe, hereby moves this Court for the admission by comity of Amanda S. Lewis, to serve as counsel for Trans Union *Pro Hac Vice*.

1.   Amanda S. Lewis is an attorney practicing with the firm of Strasburger & Price, LLP, 901 Main Street, Suite 4400, Dallas, TX 75202-3794. She is a member in good standing of the State Bar of Texas. She is admitted to practice before the Supreme Court of Texas (State Bar No. 24013553) - admitted November 3, 1999; U.S. District Court for the Northern District of Texas - admitted December 13, 1999; U.S. District Court for the Southern District of Texas - admitted June 28, 2000; U.S. District Court for the Eastern District of Texas - admitted January 31, 2000; U.S. District Court for the Western District of Texas - admitted June 28, 2001; U.S. District Court for the Western and Eastern Districts of Arkansas – admitted April, 6, 2000; U.S. Court of Appeals for the Ninth Circuit – admitted November 16, 2004; U.S. Court of Appeals for

Page 1

the Fifth Circuit – admitted February 3, 2003; and the District of Colorado – admitted March 23, 2000.

2. Ms. Lewis is familiar with the Local Rules for the Middle District of Alabama and the Alabama Rules of Professional Conduct.

3. Enclosed herewith, as required by Local Rule 83.1 (b) is a check for $20.00 to the Clerk of the Court for the processing of this Request for Admission Pro Hac Vice, as well as an original Certificate of Good Standing for Ms. Lewis from the United States District Court Northern District of Texas, attached hereto as Exhibit "A".

4. A form of an Order granting this Request is respectfully attached as Exhibit "B".

WHEREFORE, Trans Union prays that this Request be granted and this Court issue and Order admitting Ms. Amanda S. Lewis as counsel pro hac vice for Trans Union.

Respectfully submitted,

*Kary Bryant Wolfe (by MCO)*
**KARY BRYANT WOLFE**
WOL016
WALSTON WELLS ANDERSON & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)

**ATTORNEYS FOR TRANS UNION LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of records, at the following address, on this 27th day of July, 2005, as follows:

James D. Patterson       (via U.S. Mail)
Earl P. Underwood, Jr.
Law Offices of Earl P. Underwood, Jr.
P. O Box 969
Fairhope, AL 36533-0959

Jimmy S. Calton, Jr.     (via U.S. Mail)
Calton & Calton
P. O. Box 895
Eufaula, AL 36072-0895
**Counsel for Plaintiff**

Robin G. Laurie          (via U.S. Mail)
Griffin L. Knight
Balch & Bingham
PO Box 78
Montgomery, AL 36101-0078

Stephanie M. Howells     (via U.S. Mail)
Jones Day
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309-3053
**Counsel for Experian**

Amy Greenstein           (via U.S. Mail)
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Edward L. Robinson, II   (via U.S. Mail)
Hand Arendall, L.L.C.
P. O. Box 123
Mobile, AL 36601
**Counsel for Equifax**

George M. Ritchey        (via U.S. Mail)
Gregory S. Ritchey
Nicholas J. Ritchey
Ritchey & Ritchey, PA
P.O. Drawer 590069
Birmingham, AL 35259-0069
**Counsel for Greenpointe Credit**

*Kary Bryant Wolfe (by mcg)*
**KARY BRYANT WOLFE**