# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Amanda Stamps Lewis**, Bar **#24013553**, was duly admitted to practice in said Court on **12/13/99**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on July 22, 2005.

KAREN MITCHELL, Clerk

BY: _____
Deputy Clerk