IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE BRUMMITT | ) |
|     *Plaintiff*, | ) |
| | ) |
| V. | ) |
| | ) CASE NO.: 2:05 CV-00537-MEF-DRB |
| EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS LLC & GREENPOINT CREDIT, LLC a/d/b/a GREENPOINT CREDIT CORP. | ) Jury Trial |
|     *Defendants*. | ) |

## ORDER

Considering the foregoing Request:

IT IS ORDERED that the Request for Admission *Pro Hac Vice* submitted on behalf of Defendant Trans Union LLC, ("Trans Union") be hereby GRANTED and that Amanda S. Lewis be admitted as counsel *pro hac vice* for Trans Union.

This the _____ day of _____, 2005

 

_____
MARK E. FULLER
CHIEF UNITED STATES DISTRICT JUDGE

CC: Counsel of record