IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE BRUMMITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-537-F |
| | ) | |
| EQUIFAX INFORMATION, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the *Request for Admission Pro Hac Vice* (Doc. 18, filed July 28, 2005), it appears that Amanda S. Lewis is a member in good standing of the United States District Court, Northern District of Texas, and is otherwise eligible to appear *pro hac vice* in this proceeding as counsel for Defendant Trans Union.

Accordingly, it is **ORDERED** that the Motion is **GRANTED.**

DONE this 14th day of September, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE