IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| GEORGE BRUMMITT, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-537-F |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on October 4, 2005(Doc. #20), said Recommendation is hereby ADOPTED and it is the

ORDER, JUDGMENT and DECREE:

1. That defendant GreenPoint's uncontested Motion to Compel Arbitration (Doc. #16) is GRANTED to the extent of the requests not only for arbitration, but also for a stay of all proceedings on all claims asserted against all defendants pending the outcome of arbitration.

2. This action is STAYED pending the completion of the arbitration or the resolution of this dispute through negotiated settlement.

3. The parties are hereby ORDERED to file a jointly prepared report on the status of this case. The first such report shall be filed on **December 1, 2005**, and the parties shall thereafter file a jointly prepared report **on the first Tuesday of every month** until such time as the parties jointly stipulate that this action can be dismissed. The jointly prepared report

shall indicate the status of the arbitration proceedings and the expected date those proceedings will be concluded.

DONE this 21st day of October, 2005.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE