IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE BRUMMITT                           §
                                          §
        Plaintiff,                        §
                                          §
Vs.                                       §
                                          §
EQUIFAX INFORMATION SERVICES LLC,         §           CASE NO.:
TRANS UNION LLC,                          §      2:05-CV-00537-MEF-DRB
EXPERIAN INFORMATION SOLUTIONS LLC &      §
GREENPOINT CREDIT, LLC a/d/b/a            §
GREENPOINT CREDIT CORP.                   §
                                          §
        Defendants.                       §

## AGREED ORDER OF DISMISSAL

Plaintiff George Brummitt and Defendant Trans Union LLC have announced to

the Court that all matters in controversy between them have been resolved. Having

considered the Agreed Order, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff

George Brummitt against Defendant Trans Union LLC are in all respects dismissed with

prejudice to the refiling of same, with court costs to be paid by the party incurring same.



AMANDA LEWIS                              JAMES PATTERSON
Counsel for Trans Union                   Counsel for Plaintiff

DATED this _____ day of _____, 2005.


                                          JUDGE DELORES R. BOYD
                                          UNITED STATES DISTRICT COURT