IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE BRUMMITT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-537-F |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, TRANS UNION LLC, EXPERIAN ) | |
| INFORMATION SOLUTIONS LLC and ) | |
| GREENPOINT CREDIT, LLC a/d/b/a ) | |
| GREENPOINT CREDIT CORP., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Agreed Order of Dismissal (Doc. #22) filed on October 25, 2005 by the plaintiff and defendant Trans Union LLC which the court construes as a motion to dismiss this defendant, it is hereby

ORDERED that the motion is GRANTED and plaintiff's claims against defendant Trans Union LLC are DISMISSED with prejudice, with court costs to be paid by the party incurring the same.

Nothing in this order is intended to effect claims of plaintiff against any defendant other than Trans Union LLC, which claims remain pending.

DONE this 28th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE