

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE BRUMMITT,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS LLC and GREENPOINT CREDIT, LLC a/d/b/a GREENPOINT CREDIT CORP.,<br><br>    Defendants. | Civil Action No. 2:05-cv-537-F |

## PRO TANTO MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff George Brummitt and Defendant Experian Information Solutions, Inc. ("Experian") hereby jointly move for a pro tanto dismissal with prejudice of Mr. Brummitt's claims against Experian. Plaintiff retains all of his claims as against any other remaining Defendants.

George Brummitt and Experian have resolved all matters in controversy between them. There are no longer any issues in this matter between George Brummitt and Experian.

The parties request that costs be taxed as paid.

Dated this 28th day of October, 2005.

ATI-2198007v1

s/James D. Patterson
James Donnie Patterson
Alabama Bar # PATJ6485
Attorney for Plaintiff George Brummitt

Law Offices of Earl P. Underwood, Jr.
21 South Section Street
P.O. Box 969
Fairhope, AL 36533
Tel: (251) 990-5558
Fax: (251) 990-0626
jpatterson@alalaw.com


s/Stephanie M. Howells
Stephanie M. Howells
(admitted *pro hac vice*)
Attorney for Defendant Experian
Information Solutions, Inc.

Jones Day
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Tel: (404) 581-8432
Fax: (404) 581-8330
smhowells@jonesday.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the following:

| | |
|---|---|
| G. Lane Knight | Edward Luckett Robinson, II |
| Robin Garrett Laurie | Earl Price Underwood, Jr. |
| Jimmy S. Calton, Jr. | Kary B. Wolfe |
| Amanda Stamps Lewis | George Michael Ritchey |
| Gregory S. Ritchey | Nicholas Joseph Ritchey |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Amy Greenstein
KILPATRICK STOCKTON, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

s/James D. Patterson