IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE BRUMMITT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-537-F |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, TRANS UNION LLC, EXPERIAN ) | |
| INFORMATION SOLUTIONS LLC and ) | |
| GREENPOINT CREDIT, LLC a/d/b/a ) | |
| GREENPOINT CREDIT CORP., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Pro Tanto Motion for Dismissal With Prejudice (Doc. #24) filed on October 28, 2005 by the plaintiff and defendant Experian Information Solutions, Inc., it is hereby

ORDERED that the motion is GRANTED and plaintiff's claims against defendant Experian Information Solutions, Inc. are DISMISSED with prejudice, with court costs to be paid by the party incurring the same.

Nothing in this order is intended to effect claims of plaintiff against any defendant other than Experian Information Solutions, Inc., which claims remain pending.

DONE this 8th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE