IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GEORGE BRUMMITT, | * |
| Plaintiff | * |
| v. | * Case Number 2:05 CV-537-F |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | * |
| Defendants. | * |

## JOINT STIPULATION FOR DISMISSAL

**COME NOW** the Plaintiff and Defendant, GreenPoint Credit, LLC, by and through their respective counsel and state as follows:

A settlement has been reached with respect to all aspects and with respect to all claims against the Defendant, GreenPoint Credit LLC in the above-styled matter. Therefore, counsel for Plaintiff and Defendant, GreenPoint Credit LLC move that this Defendant and all claims made by the Plaintiff against this Defendant be dismissed, with prejudice, costs taxed as paid.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned counsel pray for an order dismissing the above referenced cause, with prejudice, costs taxed as paid.

DATED this 16th day of November, 2005.

By: _____
Earl P. Underwood, Esquire
Counsel for Plaintiff, George Brummitt

OF COUNSEL:
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Fairhope, AL 36533
Telephone: 251.990.5558
Facsimile: 251.990.0626

By: _____
George M. Ritchey, Esquire
Attorney for Defendant,
GreenPoint Credit LLC

OF COUNSEL:
Ritchey & Ritchey, P.A.
P.O. Drawer 590069
Birmingham, AL 35259-0069
Telephone: 205.271.3100
Facsimile: 205.271.3111