IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE BRUMMITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-537-F |
| | ) | |
| EQUIFAX INFORMATION SERVICES | ) | |
| LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

By order of this court (Doc. #21), this case was stayed pending the arbitration of the dispute between plaintiff and GreenPoint Credit, LLC.  It appears that plaintiff and GreenPoint, LLC have settled.  Accordingly, it is hereby ORDERED:

1.  That the stay imposed in this case is LIFTED;

2.  That the stipulation of dismissal (Doc. #26) filed on November 26, 2005 is construed by the court to be a motion to dismiss defendant GreenPoint Credit, LLC. and is GRANTED.  Defendant GreenPoint Credit, LLC is no longer a defendant to this cause of action; and

3.  Plaintiff may now proceed with his claims against Equifax Information Services, LLC, the sole remaining defendant.

DONE this 18th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE