IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| George Brummitt, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05cv0537-MEF |
| | ) | |
| Equifax Information Services, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

It is hereby ORDERED that this court's order (Doc. 4) dated June 14, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

                                                         /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE