IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GEORGE BRUMMITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) CASE NO: 2:05-cv-00537-MEF-DRB |
| EQUIFAX INFORMATION | ) |
| SERVICES LLC, et al. | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR DISMISSAL

Plaintiff, George Brummitt and Defendant Equifax Information Services LLC ("Equifax"), have announced to the Court that all matters in controversy between them have been resolved. Having considered the Agreed Order, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff George Brummitt against Defendant Equifax Information Services LLC ("Equifax") are in all respects dismissed with prejudice to the refiling of the same, with court costs to be paid by the party incurring same.

_____
JAMES D. PATTERSON
Counsel for Plaintiff

DATED this 17th day of January, 2006.

_____
JUDGE DELORES R. BOYD
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on Januray 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the following:

| | |
|---|---|
| G. Lane Knight | E. Luckett Robinson, II |
| Robin Garrett Laurie | Earl P. Underwood, Jr. |
| Jimmy S. Calton, Jr. | Kary B. Wolfe |
| Amanda Stamps Lewis | George Michael Ritchey |
| Gregory S. Ritchey | Nicholas Joseph Ritchey |

And I hereby certify that I have mailed the document by the United States Postal Service to the following non-CM/ECF participants:

Mara McRae
Amy Greenstein
Kilpatrick Stockton, LLP
1100 Peachtree Street, Ste. 2800
Atlanta, GA  30309

s/James D. Patterson