IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE BRUMMITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-537-WKW |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Plaintiff's Motion for Dismissal (Doc. # 29), filed on January 17, 2006, the motion is hereby GRANTED.

Plaintiff's claims against defendant Equifax Information Services, LLC, are hereby DISMISSED with prejudice, with court costs to be paid by the party incurring same.

DONE this the 27th day of January, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE