IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE BRUMMITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-537-WKW |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED as follows:

(1) All claims are hereby DISMISSED WITH PREJUDICE.

(2) The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 27th day of January, 2006.

                                         /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE